No. 7, original. PENNSYLVANIA *v.* NEW JERSEY ET AL. February 6, 1933. Dismissed· with costs, on motion of *Mr. Wm. A. Schnader* for complainant.

No. 698. VINCENT *v.* McLAUGHLIN, COLLECTOR· OF INTERNAL REVENUE. On petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit. March 13, 1933. Dismissed on motion of *Mr. William Denman* for petitioner.